# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWNTA L. BROWN, : | CIVIL ACTION NO. 3:23-0382 |
| Petitioner : | |
| : | (JUDGE MANNION) |
| v. : | |
| WARDEN SPAULDING, : | |
| Respondent : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Brown's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

**MALACHY E. MANNION**
United States District Judge

Dated: July 13, 2023
23-0382-01-Order